H. CRAIG SEVERANCE, Respondent, v. F. R. PUBLISHING CORPORATION and BLANCHARD PRESS, Appellants.— Order denying motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

FRANK J. SMITH, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

GEORGE ALBERT SUMNER and Others, Appellants, v. MAUDTHILDE WILLIS SUMNER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

ROSA TRUGLIO, Respondent, v. ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Appellant.— Judgment and order unanimously affirmed, with costs. In our opinion the verdict of the jury was justified by the evidence. The possession of the policy by defendant's general agent, with the request to transfer the same to the new owner and no refusal on its part to do so, is sufficient to establish an implied agreement on defendant's part to make the transfer in reliance upon which the new owner failed to procure other insurance, and defendant is estopped to claim a forfeiture of the policy. (Manchester v. Guardian Assurance Co., 151 N. Y. 88.) Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

CLARA D. TURRELL, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant. ROBERT DORR, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

WESTCHESTER ICE CREAM COMPANY, Respondent, v. NEW YORK CITY INTER-BOROUGH RAILWAY COMPANY, Appellant.— Order directing defendant to pay $100 costs as a condition to vacating judgment taken by default, affirmed, with $10 costs and disbursements. No opinion. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.

SOLOMON ZAUDERER, an Infant, by GEORGE ZAUDERER, Guardian ad Litem, Respondent, v. MARKET ST. LONG BEACH REALTY CORPORATION, Appellant, and Another, Defendant.— Order denying motion for leave to serve amended answer, and denying motion for reargument, affirmed, with ten dollars costs and disbursements. In affirming this order, we have not passed upon appellant's right to proceed in accordance with the provisions of section 271 of the Civil Practice Act. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

ADOLF MEYERS, Respondent, v. CHARLES WORDEN and WILLIAM H. WORDEN, Appellants, and Others, Defendants.— Order denying motion to set aside order of publication affirmed on argument, without costs, upon condition that appellants serve a notice of appearance and answer within five days from the entry of the order herein, the counsel for plaintiff, respondent, stipulating on the argument to receive such notice of appearance and answer. In the event that appellants do not serve said notice of appearance and answer within the time stated, order affirmed, with ten dollars costs and disbursements. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur. Settle order on notice.